UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:03-cr-273-T-23MAP

MICHAEL DAVID McDONALD
_____/

### ORDER

McDonald appeals (Doc. 67) from the order (Doc. 66) denying a sentence reduction under 18 U.S.C. § 3582(c)(2) and moves (Doc. 69) to proceed on appeal *in forma pauperis*.

The Magistrate Judge (1) considered the motion, (2) issued his report (Doc. 70), (3) found that the appeal is not taken in "good faith," and (4) recommends denial of McDonald's motion. McDonald objects (Doc. 71) to the report and recommendation.

McDonald's objection (Doc. 70) is **OVERRULED**, the report and recommendation (Doc. 70) is **ADOPTED**, and the motion for leave to appeal *in forma pauperis* (Doc. 69) is **DENIED**.

ORDERED in Tampa, Florida, on March 31, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE