# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL DAVID McDONALD

CASE NUMBER:     8:03-cr-273-T-23MAP
USM NUMBER:      41487-018

Defendant's Attorney:  Ali Kamalzadeh, AFPD

Date Original Judgment Signed: 07/22/2004

### Order On a Motion Under 18 U.S.C. § 3582(c)(2)

Based on a guideline sentencing range lowered retroactively by the United States Sentencing Commission under 28 U.S.C. § 994(u), the defendant moves *pro se* (Doc. 75) under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines for a reduction in the term of imprisonment imposed.

The Federal Public Defender was appointed to represent the defendant. On October 7, 2015, the Federal Public Defender declined (Doc. 79) to file a motion for a sentence reduction under Amendment 782 because counsel "cannot argue in good faith that Defendant is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines because Defendant was sentenced under the career offender guideline, and not under the drug quantity table found in USSG § 2D1.1(c)." The March 19, 2015 memorandum from the United States Probation Office also states that the defendant is ineligible for a reduction because the defendant was sentenced as a career offender. The court agrees.

Consistent with the policy statement at USSG § 1B1.10, and the sentencing factors at 18 U.S.C. § 3553(a), the defendant's motion (Doc. 75) is:

☒ **DENIED.**

☐ **GRANTED.**

The judgment signed on July 22, 2004, remains unchanged.

**ORDERED** in Tampa, Florida:

Order Date: —10/08/15—

*Judge's Signature*

Effective Date: _____
(if different from order date)

STEVEN D. MERRYDAY, U.S. DISTRICT JUDGE
Printed name and Title